UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81469-KAM

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

    Plaintiff,

vs.

DOLLAR SHAVE CLUB, INC.,

    Defendant.
_____/

## ORDER

    This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 11). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of October, 2016.

                                                  KENNETH A. MARRA
                                                  United States District Judge